IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 8:15-cr-189-RFT |
| | ) | |
| v. | ) | Information |
| | ) | |
| NATHANIEL BERNARD, | ) | Violation: 18 U.S.C. §§ 1791(a)(2), (b)(4), and (d)(1)(F) [Possession of Contraband by a Federal Prisoner] |
| | ) | |
| | ) | 1 Count |
| Defendant. | ) | County of Offense: Essex |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Possession of Contraband by a Federal Prisoner]**

In or about November 2012, in Essex County in the Northern District of New York, the defendant, **NATHANIEL BERNARD**, being an inmate of a prison, made, possessed, and obtained a prohibited object, that is a phone and other device used by a user of commercial mobile service in connection with such service, in violation of Title 18, United States Code, Section 1791(a)(2), (b)(4), and (d)(1)(F).

Dated: June 30, 2015

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096